# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-11374
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 29, 2018

Lyle W. Cayce
Clerk

HODA SAMUEL,

Plaintiff-Appellant

v.

UNITED STATES OF AMERICA,

Defendant-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:15-CV-845

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Hoda Samuel, federal prisoner # 19252-097, appeals the dismissal of her Federal Tort Claims Act (FTCA) suit for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).  She challenges only the dismissal of her claim that federal employees injured her leg with a courtroom door on December 13, 2011; she abandons all other claims raised below. *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-11374

We review de novo the grant of a Rule 12(b)(1) motion to dismiss. *United States v. Renda Marine, Inc.,* 667 F.3d 651, 655 (5th Cir. 2012). In light of the record before us, including the Standard Form 95 submitted by Samuel to the Bureau of Prisons, Samuel fails to show that the district court erred by holding that it lacked subject-matter jurisdiction because she had failed to present the claim in question to the agency. *See* 28 U.S.C. § 2675(a); *Cook v. United States*, 978 F.2d 164, 165-66 (5th Cir. 1992).

AFFIRMED.